**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6127**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AHMED MALACHI ABDEL-AZIZ, a/k/a Bobby Seal,
a/k/a Bobby Seals, a/k/a Ahmed Abdel Aziz,
a/k/a Jerome Smith, a/k/a Michael Smith, a/k/a
Cedric Ellison, a/k/a Fretral McRae, a/k/a
Chreshan Allen,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CR-00-75)

---

Submitted:  April 17, 2003          Decided:  April 23, 2003

---

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ahmed Malachi Abdel-Aziz, Appellant Pro Se.  Dennis M. Duffy,
Assistant United States Attorney, Mary Jude Darrow, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahmed Malachi Abdel-Aziz appeals the district court's order denying his motion for immediate injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Abdel-Aziz, No. CR-00-75 (E.D.N.C. Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED